VINCENT CAMMARATA et al., Appellants, *v.* NASSAU APPLIANCE COMPANY et al., Respondents, Impleaded with Another.

Submitted March 1, 1940; decided April 16, 1940.

*Edward H. Freiberger* and *Charles Wilson* for appellants.
*Alexander Orr, Jr., Walter G. Evans* and *James F. Clarity* for respondents.

Judgment of the Appellate Division reversed and that of the Trial Term affirmed, with costs in this court and in the Appellate Division upon the ground that the following questions of fact were presented for the jury, viz.: (1) Whether the nature of the work was such as to suggest or indicate to a reasonably prudent person that the automobile would be tested on the road by the mechanic or his servant in connection with the repairs; and (2) whether the automobile was being so used in a road test at the time of the accident. (*Zuckerman* v. *Parton*, 260 N. Y. 446.) No opinion.

Concur: LOUGHRAN, RIPPEY, LEWIS and CONWAY, JJ. Dissenting: LEHMAN, Ch. J., FINCH and SEARS, JJ.